# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID T. CUMMINGS, | Case No. CV 10-8726-GAF (JEM) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| TONY BORGES, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 638, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections, and the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that Defendants' motion to dismiss the First Amended Complaint be GRANTED and that Judgment be entered dismissing this action with prejudice.

DATED: <u>August 21, 2012</u>

GARY A. FEESS
UNITED STATES DISTRICT JUDGE