# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID T. CUMMINGS,<br><br>          Plaintiff,<br><br>    v.<br><br>TONY BORGES, et al.,<br><br>          Defendants. | Case No. CV 10-8726-GAF (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: August 21, 2012

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE